# United States Court of Appeals
## For the First Circuit

No. 20-1495

MARGARET BENSON,

Appellant-Plaintiff,

v.

WAL-MART STORES EAST, L.P.,

Appellee-Defendant.

**ERRATA SHEET**

The opinion of this Court, issued on September 15, 2021, is amended as follows:

On page 5, line 8, replace "surveillances" with "surveillance"

On page 13, line 11, insert "the" between "as" and "result"

On page 36, line 11, replace 'very close' with 'very close'"